# SCHEDULE A

## SCHEDULE A

| *No.* | *Defendant Name/Alias* | *Store ID* |
|---|---|---|
| 1 | JHVH TECH STORE | A1FVA9L03NWUGF |
| 2 | Inphic Electronics Co. Ltd. | A2YDMXLQEHB0ZN |
| 3 | AULA Tech USA | A15YNTS8GUM9KX |
| 4 | AULA MALL | A9TV4QL8DFMM5 |
| 5 | FIRSTBLOOD ONLY GAME | A8SI9CHG4LM3M |