# EXHIBIT 3

U.S. Patent No. 7,532,200
Exemplary Infringing Products: Computer Gaming Mouse with Adjustable DPI via a Switch Button

| CLAIM 6 | |
|---|---|
| 6. An apparatus for setting multi-stage displacement resolution of a mouse, comprising: | To the extent the preamble is limiting, the Infringing Products are an apparatus for setting multi-stage displacement resolution (DPI) of a mouse.<br><br> |

U.S. Patent No. 7,532,200
Exemplary Infringing Products: Computer Gaming Mouse with Adjustable DPI via a Switch Button

| a X-Y axis plane displacement detector, for sensing a distance and a moving direction generated by the mouse in a two-dimensional space; | The Infringing Products comprise an X-Y axis plane displacement detector (*e.g.*, an optical laser), for sensing a distance and a moving direction generated by the mouse in a two-dimensional space (*e.g.*, tracking speed measurements from the optical laser are used to sense the distance traveled and a moving direction of the mouse in inches per second). The Infringing Products utilizes optical tracking via a high-end optical engine. |
|---|---|
| | **Brand**        INPHIC<br><br>**Color**        Gray<br><br>**Connectivity Technology**        Bluetooth, Type C Wired Cable, USB<br><br>**Special Feature**        3-in-1(Wired, 2.4G USB Wireless, BlueTooth 5.0) Gaming Mouse, High Precision, Ergonomic Design, LED Battery light display, RGB Backlit, Programmable Buttons, Gamin…<br><br>See more ⌄<br><br>**Movement Detection Technology**        Optical |

U.S. Patent No. 7,532,200
Exemplary Infringing Products: Computer Gaming Mouse with Adjustable DPI via a Switch Button

| | |
|---|---|
| an N-stage switch for setting a resolution value, the N-stage switch circuit having a switching button capable of being manually switched to one of positions 1 to N, and accordingly activating a connected resolution setting pin to indicate a state, where N is a positive integer; and | The Infringing Products comprise an N-stage switch for setting a resolution value (*e.g.*, the DPI control switch), the N-stage switch circuit having a switching button capable of being manually switched to one of positions 1 to N (*e.g.*, each button press shifts the DPI to one of the preset settings of 1000/1600/2400/3200/7200 DPI), and accordingly activating a connected resolution setting pin to indicate a state, where N is a positive integer (*e.g.*, N = 5). For example, the Infringing Products comprise a top-mounted, push-button DPI control switch to manually shift/cycle between the DPI resolution settings. Manually pressing the DPI control switch button accordingly activates a connection resolution setting pin of the optical laser.  |

U.S. Patent No. 7,532,200
Exemplary Infringing Products: Computer Gaming Mouse with Adjustable DPI via a Switch Button

| | |
|---|---|
| | 【**High-precision Sensor** & **Adjustable DPI**】 With high precision tuning technology, this Bluetooth mouse samples at 1000 times per second, providing swift response times. Adjustable **report rates (125-250-500-1000Hz)** cater to various scenarios. Its **6-level DPI** sensitivity adjustment (**800/1600/2400/3200/6400/10000**), caters to diverse tasks, whether for work, gaming, or on-the-go productivity. |

U.S. Patent No. 7,532,200
Exemplary Infringing Products: Computer Gaming Mouse with Adjustable DPI via a Switch Button

| | |
|---|---|
| a mouse micro controller with a register, coupled to the X-Y axis plane displacement detector and the switching circuit, the mouse micro controller determining the resolution value based on the state of the connected resolution setting pins, setting a mouse resolution based on the resolution value and storing the resolution value in the register, the mouse micro controller responding to the distance and moving direction sensed by the X-Y axis plane displacement detector to provide a control signal to a computer connected to the mouse, thereby moving the mouse cursor on a screen of the computer, the mouse cursor being moved directly based on the resolution value stored in the register. | The Infringing Products comprise a mouse micro controller with a register (*e.g.*, a processor connected to a memory), coupled to the X-Y axis plane displacement detector and the switching circuit (*e.g.*, connected to the optical sensor), the mouse micro controller determining the resolution value based on the states of the resolution setting pins, setting a mouse resolution based on the resolution value and storing the resolution value in the register, the mouse micro controller responding to the distance and moving direction sensed by the X-Y axis plane displacement detector to provide a control signal to a computer connected to the mouse, thereby moving the mouse cursor on a screen of the computer, the mouse cursor being moved directly based on the resolution value stored in the register (*e.g.*, the DPI is changed base on activation of the DPI control switch button which changes the resolution value stored in the register which changes the sensitivity of the mouse).<br><br> |

U.S. Patent No. 7,532,200
Exemplary Infringing Products: Computer Gaming Mouse with Adjustable DPI via a Switch Button

